**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 84 EAL 2023

        Respondent             :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

        v.                     :

                                    :

TALANA YOUNGER,             :

                                  :

        Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.